IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PAMELA DELK                                                                PLAINTIFF

V.                                                                 NO: 1:23CV52-GHD-DAS

WAL-MART INC., WAL-MART
STORES EAST, L.P., WAL-MART
ASSOCIATES, INC., WAL-MART
STORES, INC., JOHN DOE ENTITIES 1-
5, AND JOHN DOE PERSONS 1-5                                                DEFENDANTS

## ORDER GRANTING MOVING DEFENDANTS' MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that the Moving Defendants' Motion to Dismiss [4] is GRANTED and Plaintiff's claims against Moving Defendants, Walmart Inc, Walmart Associates, Inc., and Walmart Stores, Inc., are DISMISSED without prejudice for lack of personal jurisdiction. Plaintiff's claims remain pending as to defendant Wal-Mart Stores East, L.P.

SO ORDERED, this the 16th day of October, 2023.

_____
SENIOR U.S. DISTRICT JUDGE